THE HONORABLE RICARD S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STARLIGHT MARINE SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER SHANE THOMPSON, <br><br> Defendant. | IN ADMIRALTY <br><br> NO. 2:19-cv-01822-RSM <br><br> **STIPULATION FOR DISMISSAL** |

Plaintiff Starlight Marine Services, Inc. and defendant Christopher Shane Thompson agree and stipulate that all claims asserted in this action have been settled as part of the resolution of the state court proceeding, King County Superior Court Case No. 19-2-31054-5. The parties request the stay be lifted and this case dismissed with prejudice and without costs to any party.

Respectfully submitted this 21st of July, 2020.

| BAUER MOYNIHAN & JOHNSON LLP | SEATTLE MARITIME ATTORNEYS |
|---|---|
| /s/ Thomas G. Waller <br> Thomas G. Waller, WSBA No. 22963 <br> 2101 Fourth Avenue, Suite 2400 <br> Seattle, WA  98121 <br> Telephone:  (206) 443-3400 <br> Fax:  (206) 448-9076 <br> tgwaller@bmjlaw.com <br><br> Attorneys for Plaintiff Starlight Marine Services, Inc. | /s/ John Merriam (per email authorization) <br> John Merriam, WSBA No. 12749 <br> 4005 20th Avenue West, Suite 110 <br> Seattle, Washington 98199 <br> Telephone:  (206) 729-5252 <br> Fax:  (206) 729-1012 <br> john@merriam-maritimelaw.com <br><br> Attorneys for Defendant Christopher Shane Thompson |

STIPULATION FOR DISMISSAL - 1
Case No. 2:19-cv-01822-RSM

# ORDER

IT IS HEREBY ORDERED that all claims against defendant Christopher Shane Thompson in this action shall be dismissed with prejudice and without costs to any party.

DATED this 21st day of July, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that on July 21, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following, and by additional method indicated below, if any:

| | |
|---|---|
| John W. Merriam<br>Seattle Maritime Attorneys<br>4005 20th Avenue West, Suite 110<br>Seattle, WA 98199<br>Telephone: 206-729-5252<br>Fax: 206-729-1012<br>E-mail: john@merriam-maritimelaw.com | [ ] U.S. Mail<br>[ ] Facsimile<br>[X] E-Mail<br>[ ] Messenger |
| Gordon C. Webb<br>Seattle Maritime Attorneys<br>225 106th Avenue NE<br>Bellevue, WA 98004<br>Telephone: 425-454-3800<br>Fax: 425-307-6449<br>E-mail: gordon@webblawfirm.net | [ ] U.S. Mail<br>[ ] Facsimile<br>[X] E-Mail<br>[ ] Messenger |

BAUER MOYNIHAN & JOHNSON LLP

/s/ Ardie Ermac
Ardie Ermac, Paralegal
aermac@bmjlaw.com

STIPULATION FOR DISMISSAL - 2
Case No. 2:19-cv-01822-RSM

ATTORNEYS AT LAW
**BAUER MOYNIHAN & JOHNSON LLP**
2101 FOURTH AVENUE - SUITE 2400
SEATTLE, WASHINGTON 98121-2320
(206) 443-3400